

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED

JAN 12 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:                          )
                                )
LARRY TEVIS and                 )    Case No. 04-26357-B-13J
NANCY TEVIS,                    )
                                )
        Debtors.                )
_____ )
                                )
LARRY TEVIS, et al.,            )
                                )    Adv. No. 08-02004-B
            Plaintiffs,         )
                                )    D.C. No. MHA-3
vs.                             )
                                )
CAL VET, etc., et al.,          )
                                )
            Respondent(s).      )
_____ )

## SUPPLEMENTAL MEMORANDUM

On January 2, 2008, the plaintiff debtors commenced the above-captioned adversary proceeding by the filing of a Complaint.  On September 1, 2009, the debtors filed their third amended complaint (the "TAC")(DKt. 443) in this adversary proceeding.

On September 29, 2009, defendant Michael F. Burkart (the "Defendant") filed a motion to dismiss the TAC (the "Motion")(Dkt. 473).  By order entered August 10, 2010 (the "Order")(Dkt. 534) the court granted the motion in part and dismissed the TAC as to the Defendant without leave to amend.

The Order stated that it was designated as a final, appealable order pursuant to Fed. R. Civ. P. 54(b).

The debtors filed a Notice of Appeal of the Order to the United States Bankruptcy Appellate Panel of the Ninth Circuit (the "BAP") on August 20, 2010 (Dkt. 551). The debtors' appeal was assigned BAP No. EC-10-1320. On October 25, 2010, the BAP issued its Order Re: Limited Remand and Briefing of Appeals (the "Remand Order"), which remanded BAP. No. EC-10-1320 to this court for the limited purpose of making an express determination that there is no just reason for delay in reviewing the Order. Pursuant to the Remand Order, the debtors filed their Ex Parte Motion to Obtain Amended 54(b) Certifications on November 15, 2010 (the "Ex Parte Motion")(Dkt. 581), requesting that the court make the finding requested by the BAP in the Remand Order.

The court has reviewed the Remand Order and the Ex Parte Motion. The following constitutes the court's additional findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052(b). The court finds that there is no just reason for delay of entry of the Order as a final, appealable order pursuant to Fed. R. Civ. P. 54(b), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7054, because the Order adjudicates all claims for relief in the TAC as to the Defendant. The court has not granted leave to the debtors to amend the TAC to state claims for relief as to the Defendant. The Defendant has not filed a counter-claim against the debtors. No other defendant to this adversary proceeding has filed a cross-claim

against the Defendant.  Dismissal of the Defendant therefore ends his involvement as a party to this adversary proceeding.

Dated:  **JAN 1 1 2011**

Thomas C. Holman

United States Bankruptcy Judge

-3-